IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN STEPHEN COLEMAN, #223809, )
)
        Petitioner, )
)
v. )     CIVIL ACTION NO. 2:06-CV-669-MEF
)
GWENDOLYN MOSLEY, et al., )
)
        Respondents. )

## ORDER ON MOTION

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by

the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done, this 28th day of July, 2006.


        /s/ Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE