**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gwendolyn Mosley, Warden
   Easterling Correctional Fac.
   P.O. Box 10
   Clio, AL 36017-0010

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                      8-01-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06CV669
   Petition + proc

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 0201

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540