In The United States District Court
Middle District of Alabama

John Stephen Coleman
V
Gwendolyn Mosley, et al.

2:06-CV-669-MEF

RECEIVED
2006 SEP -6 A 9:17

Request for an Enlargement
of Time To Reply

Into This Court Comes John Coleman (Coleman) by and Through himself "Pro-se" and being Unlearned in matters of Law and Legal Research and also being in a Pre-Treatment Program! Now finds himself in need of at least an Enlargement of Time! of (10) Ten days, or until Sept-15-2006 With in Which To Reply To The Order To Show Cause Issued by The Magistrate, on The 23rd day of August 2006
Coleman Now ask This Court for a (10) Ten day Extention of Time To Complete his Reply.

Executed
9-5-06
cc Att.Gen.Office
cc File

Respectfully Submitted
John S. Coleman
John Stephen Coleman.