IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| JOHN STEPHEN COLEMAN, #223 809 | * |
| Petitioner, | * |
| v. | *    2:06-CV-669-MEF |
| GWENDOLYN MOSLEY, WARDEN, *et al.*, | * |
| Respondents. | * |

_____

## ORDER OR MOTION

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that

1. Petitioner's motion (Doc. No. 9) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from September 5, 2006 to September 15, 2006 to file a response to the court's August 23, 2006 order.

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE