In the United States District Court
Middle District of Alabama

John Stephen Coleman

v.                                             2:06-CV-669 MEF

Gwendolyn Mosley

Request for an Enlargement of Time to Reply

Into this court comes John S. Coleman by and through himself "Pro-Se" and being unlearned in matters of law and legal research. Now finds himself in need of at least an Enlargement of Time; of Ten (10) days within which to Reply to the order to show cause; issued by the Magistrate on the 16th day of April 2008. Coleman now ask this court for a Ten (10) day extension of Time to complete his Reply

Executed
4-23-08

Respectfully Submitted

John Stephen Coleman
John Stephen Coleman

John Coleman 223809
E.C.F F2-48A

Clio, AL 36017

Office of the Clerk
UNITED STATES DISTRICT COURT
P.O. Bx 711
Montgomery, AL
36101-0711

