IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

JOHN STEPHEN COLEMAN, #223 809    *

    Petitioner,    *

    v.    *    2:06-CV-669-MEF

GWENDOLYN MOSLEY, WARDEN, *et al.*,    *

    Respondents.    *

_____

## ORDER OR MOTION

Upon consideration of Petitioner's motion for extension of time, and for good cause, it is ORDERED that

1. Petitioner's motion (*Doc. No. 17*) be and is hereby GRANTED;

2. Petitioner is GRANTED an extension from April 29, 2008 to and including May 9, 2008 to file his objections to the April 16, 2008 Recommendation of the Magistrate Judge.

DONE, this 28th day of April 2008.

        /s/   Susan Russ Walker
        SUSAN RUSS WALKER
        UNITED STATES MAGISTRATE JUDGE