IN THE UNITED STATES
DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

John Stephen Coleman  　　　 CASE NO.:
　　　 V　　　　　　　　　　　 2:06-CV-669 MEF
Gwendolyn Mosley　　　　　　　 (WO)


Response to Dismissal of 2254
　Document # 16-1　　　 4-16-08

Mam, since November 2004 I've been on phychotropic medication. Having auditory hallucinations and had affects of my appearence, concentration, mood orientation and speech "appropriate for segregation." I was coded as severely mentally impaired. Being in this nature. I tried to understand the law. How can a person with a 9th grade education and a mental illness be held to the same standards as a lawyer; who has years of schooling in the law. Here at Easterling as you should know there are very limited hours you can go to the library. When you do go there's no one to help you. The help I got was not to my advantage. I was told that I had a year from the day my Rule 32 last remidy was resolved. Which was on November 14, 2005. Which would have made my July 24, 2006 date timely filed.

①

under Duress from the Drugs I was taking I did everything in my powers to stay within the law. Which I thought I was. I'm know off those mind Altering Drugs and Being treated for depression. I Don't even remember the last 3 years of my life. or even filing these motions. I still Don't know much about the law. Have no money's pay to get help. Without money no one will help you. I would hope the Constitution would protect the mentally Disable. I can read but I Don't understand what Ive read especially the legal language yall speek. I have to object your Denial of my 2254 based on the fact that I was a mental patient at the time And was taken mind attering Drugs that severaly impair my thoughts And Judgements. And here veiw my 2254.

Coleman prays that this excepts this reply to Walkers order to show cause:

Respectfully Submitted
*John S. Coleman*
John Coleman
ECF- EZ 48A
200 Wallace Dr.
Clio, AL. 36017

②

This Certifies that a true Copy of the foregoing has been Served upon to the Honorable S. Walker by placing same in the Legal Mail System at this Institution, Done this 6th Day of May 2008.

*John S. Colen*

(3)

John Coleman 223809
E.C.F. E2 48A
200 Wallace Dr.
Clio, AL. 36017

[Postmark: MONTGOMERY AL, 07 MAY 2008]

Office of the Clerk
United States District Court
P.O. Bx. 711
Montgomery, AL.
36101-0711